eli: [House of Aguilera]

In care of 672 Ware Court

on Benicia, on California

707-419-9421

Plaintiff Pro Se

FILED

DEC 10 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eli: [House of Aguilera]<br><br>Plaintiff,<br><br>vs.<br><br>Kim Bigham<br>c/o LOANCARE, LLC, KIM BIGHAM<br><br>Defendant. | Case No: **2:15-CV-01781-KJM-EFB**<br><br>*Judge Kimberly J. Mueller*<br><br>**ENTRY OF DEFAULT BY THE CLERK OF COURT AGAINST:**<br><br>Kim Bigham<br>c/o LOANCARE, LLC, KIM BIGHAM |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

As provided by 55(a), of the Federal Rules of Civil Procedure, Plaintiff eli: [House of Aguilera] requests that the Clerk enter the default of the following Defendant Kim Bigham c/o LOANCARE, LLC, KIM BIGHAM for failure to plead or otherwise defend in said action, as directed in said summons. The Defendant, Kim Bigham c/o LOANCARE, LLC, KIM BIGHAM is, therefore, in default.

1

ENTRY OF DEFAULT BY THE CLERK OF COURT AGAINST: KIM BIGHAM C/O LOANCARE, LLC, KIM BIGHAM
& AFFIDAVIT OF PLAINTIFF & PROOF OF SERVICE BY MAIL

This request is based on the attached Affidavit of Plaintiff.

DATED: December 10, 2015

_____ seal

eli: [House of Aguilera], Plaintiff Pro Se

## AFFIDAVIT OF PLAINTIFF

I, eli: [House of Aguilera], declare as follows:

1. I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2. Kim Bigham was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on September 1, 2015, as evidenced by the proof of service on file with this Court.

3. Under Rule 12, Defendant Kim Bigham c/o LOANCARE, LLC, KIM BIGHAM was required to plead or otherwise respond to the complaint by September 22, 2015. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant Kim Bigham c/o LOANCARE, LLC, KIM BIGHAM has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant Kim Bigham c/o LOANCARE, LLC, KIM BIGHAM is not a minor or an incompetent person.

6. Defendant Kim Bigham c/o LOANCARE, LLC, KIM BIGHAM is not currently in the military service, and therefore the Service Members Civil Relief Act does not apply.

I have attached to this declaration a true and correct copy of the proof of service on file with this Court for the above-named Defendants. (Exhibit 7)

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 10, 2015

_____ seal
eli: [House of Aguilera], Plaintiff Pro Se

**PROOF OF SERVICE BY MAIL**

On December 10, 2015, I served the documents described as:

1. ENTRY OF DEFAULT BY THE CLERK OF COURT AGAINST: Kim Bigham c/o LOANCARE, LLC, KIM BIGHAM.
2. Affidavit of Plaintiff
3. Exhibit 7 – Proof of Service

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail;

addressed to:

WILLIAM G. MALCOLM
2112 Business Center Drive, Second Floor
Irvine, California 92612
    and
BRIAN S. THOMLEY
2112 Business Center Drive, Second Floor
Irvine, California 92612

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 10, 2015

_____ seal
eli: [House of Aguilera], Plaintiff Pro Se

4

ENTRY OF DEFAULT BY THE CLERK OF COURT AGAINST: KIM BIGHAM C/O LOANCARE, LLC, KIM BIGHAM
& AFFIDAVIT OF PLAINTIFF & PROOF OF SERVICE BY MAIL

# EXHIBIT 7

## United States District Court

Eli Aguilera

                     Plaintiff(s)

vs

Kim Bigham

                     Defendant(s)

**CERTIFICATE OF SERVICE**

Case No.: 2:15-CV-01781-KJM-EFB

The undersigned being duly sworn, states:

I am over the age of 18 years old and not a party in the above named entitled action.

**I MADE SERVICE OF:** Summons in a Civil Case, Order Setting Status (Pretrial Scheduling) Conference, Notice of Availability of a Magistrate Judge To Exercise Jurisdiction and Appeal Instructions (with consent form), and Complaint For: 1) Breach of Written Contract, 2) Invading my Personal Liberty, 3) Invading my Personal Security, 4) Invading my Pursuit of Happiness, 5) Violation of The Constitution for the United States of America, and 6) Violation of Federal Law

**SERVICE ON:** Kim Bigham

**ADDRESS:** 3637 Sentara Way, Suite # 303, Virginia Beach, VA 23452

**DATE SERVED:** 09/01/2015     **TIME SERVED:** 11:20 AM

**ORIGINAL FILED**

SEP 23 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
       DEPUTY CLERK

**(XX) PERSONAL SERVICE on Kim Bigham**

Description of person process was left with:
Sex: Female -- Skin: Caucasian -- Hair: Brown -- Age: 40-50 -- Height: 5'7" -- Weight: 140
Other:

I declare under penalty of perjury that the return is true and correct.

_____ Date September 03, 2015

Timothy Austin
Agency for Civil Enforcement Corporation d.b.a. A.C.E., Inc.
1615 S. Congress Avenue,
Delray, FL 33446
561-447-7638

**SUBSCRIBED AND SWORN To** before me a notary public, 09/03/2015
In the City of Norfolk and the Commonwealth of Virginia.

_____

Teena Marie Driskell, Notary Public

Commission#: 268501

My Commission Expires: 04-30-2018

