eli: [House of Aguilera]

In care of 672 Ware Court

on Benicia, on California

707-419-9421

Plaintiff Pro Se



**FILED**

DEC 15 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

eli: [House of Aguilera]

Plaintiff,

vs.

Kim Bigham
c/o LOANCARE, LLC, KIM BIGHAM

Defendant.

Case No: **2:15-CV-01781-KJM-EFB**

*Judge Kimberly J. Mueller*

**MOTION FOR DEFAULT JUDGMENT AGAINST Kim Bigham c/o LOANCARE, LLC, KIM BIGHAM**

Hearing Date:  January 27, 2016

Hearing Time: 10:00 a.m.

Place:  Courtroom 8, 13th floor

**To Kimberly J. Mueller, UNITED STATES DISTRICT COURT JUDGE**

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff, eli: [House of Aguilera] moves this Court to issue an order granting eli:
[House of Aguilera] Judgment by Default against defendant, Kim Bigham
c/o LOANCARE, LLC, KIM BIGHAM, pursuant to Rule 55(b)(2) of the Federal Rules of
Civil Procedure. This request is based on the attached affidavit of plaintiff.

DATED: December 15, 2015

_____  seal

eli: [House of Aguilera], Plaintiff Pro Se

1

## Summary

### ADDITIONALLY, REPORTING A COMPLAINT DURING LITIGATION:

3. I'm very troubled by the action taken by the defendant and its entity LOANCARE LLC against Plaintiff, to continue to conduct collection activities during litigation, a claim or assumption of right to do an act by virtue of an office, made by a person who is legally destitute of any such right, with the intent to deprive or defraud the Plaintiff of his property, additionally infringing of those Rights [property in his rights] of the Plaintiff, the conditions of a free people, whose rights and liberty are derived from their Creator, aggravated by circumstances of oppression, malice, fraud, wanton and wicked conduct which are manifest of despotic power and hostile to the principles of liberty, additionally infringing on Plaintiff's Right of Liberty to litigate free of aggravation of wanton misconduct, oppression, etc., a manifestation of violence of faction, exhibiting to be an adversary to liberty by causing instability, injustice, and confusion in the court system for the Plaintiff, hindering Plaintiff's ability to litigate.

Plaintiff's Rights of enjoyment of life and liberty, with the right of acquiring and using property continues to be infringed by the defendant's failure to act and stop collection activities, not once, but twice during litigation, when there was a duty to act, defendant chose not to act in reckless disregard of Plaintiff's rights, encroaching on Plaintiff's property, acting with zeal and temper fond of hostility to liberty, **with Plaintiff having dominion which ONE man, he, himself, claims and exercises over the external things of the world, in exclusion of every other individual.**

### ORIGINAL WRONG

6. "Plaintiff, was originally here to enforce a judgment against defendant for recovery of Plaintiff's Right to "all the estate," right, title, interest, claim and demand for property 672 Ware Court, on Benicia California, belonging to Plaintiff, secured against invasion by the government or any of its agencies as guaranteed by the constitution.

7. Plaintiff, tendered an offer to perform to defendant with the intent to extinguish the obligation (lien), and with the intention of recovering all right, title, interest, claim, and

2

demand as one's own, to resume its ownership, possession, and future enjoyment. Defendant did not object to the mode of the offer of performance, which the creditor had the opportunity to state at the time to the Plaintiff making the offer, and which could have been then obviated by Defendant, and was instead waived by the creditor, because it was not then stated.

Defendant breached the <u>TENDER</u>. The offer of performance, not performance itself, and, when unjustifiably refused, places other party in default and permits party making tender to exercise remedies for breach of contract.

8. Plaintiff possesses absolute interest in property which is so completely vested that he can by no contingency be deprived of it without his own consent. "Absolute" is here synonymous with "vested," and is used in contradistinction to contingent or conditional. Plaintiff's estate is vested in possession when there exists a right of present enjoyment; and is vested in interest when there is a present fixed right of future enjoyment. Vested Rights which have so completely and definitely accrued to or settled in Plaintiff that they are not subject to be defeated or canceled by the act of any other private person, and which is right and equitable. Title may be defined generally to be the evidence of right which a person has to the possession of property and "claim of title" may be shown wholly by parol.

9. Plaintiff possesses an Immediate or fixed right to present or future enjoyment and one that does not depend on an event that is uncertain; one that is absolute, unconditional, complete and perfect in itself, without relation to, or dependence on other things or persons, as an absolute right; without condition, exception, restriction, qualification, or limitation, as an absolute conveyance, an absolute estate; final, peremptory, as an absolute rule. INDEFEASIBLE. That which cannot be defeated, revoked, or made void, as applied to an estate or right which cannot be defeated. ASSURANCE. Whereby every man's estate is assured to him, and all controversies, doubts, and difficulties are either prevented or removed.

The Breach of Cease and Desist was not mentioned in the original complaint but

was triggered when defendant acted out collection activities during litigation Breaching the Cease and Desist as stipulated in "Claim: Notice of claimant's offer to perform upon Debt Validation, also triggering Exemplary damages for other aggravations of the original wrong and because Plaintiff was additionally aggravated by circumstances of oppression, malice, fraud, wanton and wicked conduct.

Defendant acted out and breached the Cease and Desist twice before litigation and twice during litigation, statutory damages of $5,000 for each and every violation.

**Summary of Exhibits**

Exhibit 1 - Letter from the LOANCARE dated July 9, 2015, stating it will not release lien. *(attached to this document)*.

Exhibit 2 - Letter from the LOANCARE dated August 7, 2015, threatening Plaintiff with default and foreclosure. *(attached to this document)*.

Exhibit 3 - Claim: Notice of claimant's offer to perform upon Debt Validation and Debt Collector Disclosure Statement. *Filed in court October 13, 2015 and served to all interested parties on October 19, 2015.*

Exhibit 4 - Notice; Claim: Dishonor - Notice of Fault in Dishonor. *Filed in court October 13, 2015 and served to all interested parties on October 19, 2015.*

Exhibit 5 -. Notice; Claim: Default - Notice of Default in Dishonor. *Filed in court October 13, 2015 and served to all interested parties on October 19, 2015.*

Exhibit 6 - WANTON MISCONDUCT BY DEFENDANT DURING LITIGATION, a copy of email from customersupport@myloancare.com, dated October 22, 2015. *(attached to this document)*.

Exhibit 7 – Proof of Service. *(attached to this document)*.

Exhibit 8 - Second wrongful act by Defendant against Plaintiff during litigation. WANTON MISCONDUCT BY DEFENDANT DURING LITIGATION a copy of email from customersupport@myloancare.com, dated November 24, 2015. *(attached to this document)*.

Exhibit 9 - Fees for service of summons. *(attached to this document)*.

DATED: December 15, 2015     _____ seal

eli: [House of Aguilera], Plaintiff Pro Se

4

# AFFIDAVIT OF PLAINTIFF

I, eli: [House of Aguilera], in support of Default Judgment, declare as follows:

1) I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2) Kim Bigham was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on September 1, 2015, as evidenced by the proof of service on file with this Court. (Exhibit 7)

3) Under Rule 12, Kim Bigham c/o LOANCARE, LLC, KIM BIGHAM was required to plead or otherwise respond to the complaint by September 22, 2015. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4) Defendant Kim Bigham c/o LOANCARE, LLC, KIM BIGHAM has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5) The default of defendant(s) was entered on December 10, 2015.

6) Defendant Kim Bigham is not a minor or an incompetent person.

7) Defendant Kim Bigham is not currently in the military service, and therefore the Service Members Civil Relief Act does not apply.

8) The claim of the plaintiff(s) is for:

   a) Remedy for Breach of Contract. Defendant breached the <u>TENDER</u> (Exhibit 3, Exhibit 4, Exhibit 5). The offer of performance, not performance itself, and, when unjustifiably refused, places other party in default and permits party making tender to exercise remedies for breach of contract. Demand is made for defendant, an individual and officer of the corporation, having the authority and capacity to act to extinguish the obligation (lien) so Plaintiff can resume its ownership, possession, the right of present enjoyment and the present fixed right of future enjoyment of property.

5

b) Remedy for Breach of Cease and Desist triggered by collection activities during litigation (Exhibit 1, Exhibit 2, Exhibit 6 and Exhibit 8): Statutory damages of $5,000 for each and every violation, as stipulated in "Claim: Notice of claimant's offer to perform upon Debt Validation. Amount to date below:

|  | $ for each |
| Breached Cease and Desist | violation |
| Exhibit 1 | $5,000 |
| Exhibit 2 | $5,000 |
| Exhibit 6 | $5,000 |
| Exhibit 8 | $5,000 |
| Total Remedy for Breach of Cease & Desist | $20,000 |

c) Exemplary damages

Ten million dollars $10,000,000 to solace the Plaintiff for mental anguish, laceration of feelings, shame, degradation, or other aggravations of the original wrong, or else to punish the defendant for evil behavior; defendant acted out collection activities during litigation and infringement of Plaintiff's rights [property in his rights].

d) Bill of Costs

a) Fee of the Clerk $400

b) Fee for service of summons $125 (Exhibit 9)

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 15, 2015



eli: [House of Aguilera], Plaintiff Pro Se

6

**PROOF OF SERVICE BY MAIL**

On December 15, 2015, I served the documents described as:

1) MOTION FOR DEFAULT JUDGMENT AGAINST Kim Bigham c/o LOANCARE, LLC, KIM BIGHAM

    A. Summary

        i.   Exhibit 1 - Letter from the LOANCARE dated July 9, 2015, stating it will not release lien

        ii.  Exhibit 2 - Letter from the LOANCARE dated August 7, 2015, threatening Plaintiff with default and foreclosure.

        iii. Exhibit 6 - WANTON MISCONDUCT BY DEFENDANT DURING LITIGATION

        iv. Exhibit 7 - Proof of Service

        v.   Exhibit 8 - Second wrongful act by Defendant against Plaintiff during litigation

        vi.  Exhibit 9 - Fees for service of summons.

    B. Affidavit of Plaintiff

    C. Proof of Service

2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST Kim Bigham c/o LOANCARE, LLC, KIM BIGHAM

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail;

    addressed to:

| WILLIAM G. MALCOLM | BRIAN S. THOMLEY |
|---|---|
| 2112 Business Center Drive, Second Floor | 2112 Business Center Drive, Second Floor |
| Irvine, California 92612 | Irvine, California 92612 |

    I declare under penalty of perjury that the foregoing is true and correct.

    DATED: December 15, 2015

_____ seal

eli: [House of Aguilera], Plaintiff Pro Se

# EXHIBIT 1



July, 9 2015

Mr. Eli Aguilera
672 Ware Court
Benicia, CA 94510

RE: Loan Number 0005275615

Dear Mr. Aguilera:

LoanCare is in receipt of your letter requesting a full release of your lien. As the current sub-servicer of this mortgage loan, on behalf of Stearns Lending, Inc., LoanCare respectfully responds as follows:

LoanCare is unable to honor your request for a full release of your lien. Currently, our records indicate that your mortgage loan has an unpaid principal balance of $324,074.81. Additionally, you are currently due for your February 2015 mortgage payment. As such, LoanCare is unable to honor your request to release your lien.

If you have any questions or concerns regarding this matter, please contact our Mortgage Resolution Unit, Monday through Friday from 8:00 a.m. to 5:00 p.m. Eastern Standard Time at (800) 919-5631.

Sincerely,


Mortgage Resolution Unit

# EXHIBIT 2

# LOANCARE

A SERVICELINK COMPANY    Virginia Beach, VA 23450-8068

AUGUST 07, 2015

8-754-63363-0000102-001-1-000-000-000-000            XC092

Eli Aguilera
Michelle Aguilera
672 Ware Court
Benica, CA 94510

RE: Loan No. 0005275615

| | | |
|---|---|---|
| Amount Due as of the date of this letter: | $ | 14,153.88 |
| Current First Principal Balance: | $ | 324,074.81 |

AVISO IMPORTANTE PARA PERSONAS DE HABLA HISPANA.  ESTE ES UN AVISO MUY
IMPORTANTE.   SI NO ENTIENDE EL CONTENIDO, OBTENGA UN TRADUCCION
INMEDIATAMENTE.   SI USTED NO RESPONDE DENTRO DE TREINTA (30) DIAS PUEDE
SER QUE LO HAGAN MUDAR DE LA CASA O APARTAMENTO EN DONDE VIVE.

You are hereby notified that the captioned loan is in default.  You have
breached the terms of the mortgage/deed of trust securing your loan by
failing to make the monthly payments due 02-01-15 through 08-07-15.

As of the date of this letter, the amount necessary to bring your mortgage
current and reinstate your loan is $ 14,153.88. Because of interest, late
charges, and other charges that may vary from day to day, the amount due on
the day you pay may be greater. If another monthly payment becomes due
before the date shown below, you will need to add that payment amount to the
amount due listed above in order to reinstate this loan. You must pay this
amount by money order, cashier's check, Western Union Quick Collect,
MoneyGram or certified check payable to LoanCare. Payment must be received
by LoanCare no later than 09-11-15 30 days, from the date of this letter
plus 5 additional days because service is made via ordinary mail. Please
mail the payment to PO Box 37628, Philadelphia, PA 19101-0628, or for faster
payment, you may use the Western Union Quick Collect Service. Please call
(800) 909-9525 to obtain further information about payment amounts and options.

Failure to cure the default on or before the date specified above shall
result in acceleration of the sums secured by the mortgage or deed of trust
and result in a foreclosure sale of the property.  Please be advised that
you could lose your home unless the loan is brought current. Should you not
cure this default by the expiration date listed above you have the right to
reinstate after acceleration and the right to bring a court action to assert
the non-existence of the default or any other defense to acceleration and



sale.  If the property is sold at foreclosure and the proceeds from the sale are not enough to satisfy the total sums due and owing, you may be held responsible for the deficiency.

There may be an alternative to foreclosure of your delinquent loan if your financial situation is caused by circumstances beyond your control such as divorce, death of a family member, unemployment, serious or chronic illness, temporary or permanent reduction in income, or natural disaster.  Please call LoanCare toll free at (800)909-9525 and ask about loss mitigation options or visit LoanCare's website at www.myloancare.com and complete the loss mitigation worksheets online.

TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT IS APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED BY VIRTUE OF IT WILL BE USED FOR THAT PURPOSE.  IF YOU ARE CURRENTLY INVOLVED IN A BANKRUPTCY PROCEEDING PLEASE NOTIFY US IMMEDIATELY.  IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN A BANKRUPTCY PROCEEDING, PLEASE BE ADVISED THAT THIS NOTICE IS NOT INTENDED TO COLLECT AGAINST YOU PERSONALLY OR INDICATE THAT YOU ARE PERSONALLY LIABLE FOR THIS DEBT.  IT IS REQUIRED SO THAT WE MAY ENFORCE OUR LIEN RIGHTS WITH RESPECT TO THE ABOVE-REFERENCED PROPERTY.

Subject to federal and state law, we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Sincerely,

Collection Department

# EXHIBIT 6

XFINITY Connect                                                    eliaguilera@comcast.net
                                                                        + Font Size -

**Escrow Disbursements made on your behalf**

**From :** customersupport@myloancare.com                          Thu, Oct 22, 2015 03:22 AM

**Subject :** Escrow Disbursements made on your behalf

**To :** eliaguilera@comcast.net



Your loan number is XXXXXX5615.

The following disbursement was made out of your escrow account on the above referenced loan:

**Disbursement Date**: 10/21/2015
**Disbursement Amount**: $942.00
**Disbursement Description**: Hazard / Homeowner Insurance

Please go to www.stearns.myloancare.com for further detail, or submit any inquiries via the Contact Us page. To unsubscribe from this email, please go to the Update Notifications page under the My Profile menu of the website, or email stearnsloaninquiry@myloancare.com to be removed.

If you have any questions about your account or need assistance, please email us at stearnsloaninquiry@myloancare.com.

NMLS# 2916

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

# EXHIBIT 7

# United States District Court

Eli Aguilera

                      Plaintiff(s)

vs

Kim Bigham

                      Defendant(s)

## CERTIFICATE OF SERVICE

Case No.: 2:15-CV-01781-KJM-EFB

The undersigned being duly sworn, states:

I am over the age of 18 years old and not a party in the above named entitled action.

**I MADE SERVICE OF:**    Summons in a Civil Case, Order Setting Status (Pretrial Scheduling) Conference, Notice of Availability of a Magistrate Judge To Exercise Jurisdiction and Appeal Instructions (with consent form), and Complaint For: 1) Breach of Written Contract, 2) Invading my Personal Liberty, 3) Invading my Personal Security, 4) Invading my Pursuit of Happiness, 5) Violation of The Constitution for the United States of America, and 6) Violation of Federal Law

**SERVICE ON:**    Kim Bigham

**ADDRESS:**    3637 Sentara Way, Suite # 303, Virginia Beach, VA 23452

**DATE SERVED:**    09/01/2015    **TIME SERVED:**    11:20 AM

(XX) PERSONAL SERVICE on Kim Bigham

ORIGINAL
FILED

SEP 23 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
                   DEPUTY CLERK

Description of person process was left with:
Sex: Female – Skin: Caucasian – Hair: Brown – Age: 40-50 – Height: 5'7" – Weight: 140
Other:

I declare under penalty of perjury that the return is true and correct.

_____ Date September 03, 2015
Timothy Austin
Agency for Civil Enforcement Corporation d.b.a. A.C.E., Inc.
1615 S. Congress Avenue,
Delray, FL 33445
561-447-7638

**SUBSCRIBED AND SWORN To** before me a notary public, 09/03/2015
In the City of Norfolk and the Commonwealth of Virginia.

_____

Teena Marie Driskell, Notary Public

Commission#: 268501

My Commission Expires: 04-30-2018



# EXHIBIT 8

**Escrow Disbursements made on your behalf**

**From :** customersupport@myloancare.com                    Tue, Nov 24, 2015 03:17 AM

**Subject :** Escrow Disbursements made on your behalf

**To :** eliaguilera@comcast.net



Your loan number is XXXXXX5615.

The following disbursement was made out of your escrow account on the above referenced loan:

**Disbursement Date**: 11/23/2015
**Disbursement Amount**: $2259.09
**Disbursement Description**: County Taxes

Please go to www.stearns.myloancare.com for further detail, or submit any inquiries via the Contact Us page. To unsubscribe from this email, please go to the Update Notifications page under the My Profile menu of the website, or email stearnsloaninquiry@myloancare.com to be removed.

If you have any questions about your account or need assistance, please email us at stearnsloaninquiry@myloancare.com.

NMLS# 2916

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

# EXHIBIT 9

Agency for Civil Enforcement Corporation
D.B.A., A.C.E., Inc.
1615 S. Congress Ave., Suite 103
Delray Beach, FL 33445
Phone: (561) 447-7638
65-0956197

**INVOICE**

Invoice #JML-2015553264
9/15/2015

Eli Aguilera
672 Ware Court
Benicia, CA 94510

**Case Number: Eastern 2:15-CV-01781-KJM-EFB**

Plaintiff:
**Eli Aguilera**

Defendant:
**Kim Bigham**

Received: 8/27/2015    Served: 9/1/2015 11:20 am  INDIVIDUAL/PERSONAL
To be served on: Kim Bigham

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Nationwide Process Fee | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: | | | $125.00 |
| | | | 125.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please enclose a copy of this invoice with your payment. Payments are due within five days from the date of this invoice. All late payments are subject to a minimum late fee of $17.50 and all applicable interest and collection fees thereafter.

If you paid this invoice in advance of services, please disregard this and thank you very much for your confidence! Thank you for your business!

We are a NATIONWIDE Service provider for Attorneys, Law Offices, Banks, Law Enforcement, Insurance Companies, Legal Support Companies, Government Agencies and Corporate Counsel

Licensed Private Investigation Agency
Private Investigation Agency License Number, A9900347

WE ACCEPT ALL CREDIT CARDS AND PAYPAL ! CALL 800.987.4680

PLEASE RETURN THIS STATEMENT WITH YOUR PAYMENT !

Web Address: www.ServeServices.com
Email address: info@AceFLA.com

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s

1   eli: [House of Aguilera], Plaintiff Pro Se

2   In care of 672 Ware Court

3   on Benicia California

4   707-419-9421

5                         UNITED STATES DISTRICT COURT

6                         EASTERN DISTRICT OF CALIFORNIA

7

8   eli: [House of Aguilera]

9   Plaintiff,                                          Case No: **2:15-CV-01781-KJM-EFB**

10          vs.                                         *Judge: Kimberly J. Mueller*

11                                                      **MEMORANDUM OF POINTS AND**
    Kim Bigham                                          **AUTHORITIES IN SUPPORT OF MOTION**
12  c/o LOANCARE, LLC, KIM BIGHAM                       **FOR DEFAULT JUDGMENT AGAINST**
                                                        **Kim Bigham c/o LOANCARE, LLC, KIM**
13  Defendant.                                          **BIGHAM**

14

15              **To Kimberly J. Mueller, UNITED STATES DISTRICT COURT JUDGE**

16                                        **SUMMARY**

17          1. Plaintiff declares his rights to PROBATIO VIVA and VESTED RIGHTS in

18  property 672 Ware Court, on Benicia California, which have so completely and definitely

19  accrued to or settled in Plaintiff that they are not subject to be defeated or canceled by

20  the act of any other private person and which is right and equitable. Cassard v. Tracy, 52

21  La.Ann. 835, 27 So. 368, 49 L.R.A. 272; and [PROPERTY IN MY RIGHTS] ("Property"

22  James Madison National Gazette March 27, 1792), and are secured against invasion by

23  the government or any of its agencies. People v. Hurlbut, 24 Mich. 106, 9 Am.Rep. 103

24          2. Plaintiff declares his right to the Ninth Amendment of the Bill of Rights -

25  Unenumerated Rights. – "The enumeration in the Constitution, of certain rights, shall not

26  be construed to deny or disparage others retained by the people."

27          3. Plaintiff declares his right to property which he has that sole and despotic

28

                                            1

1  dominion which one man claims and exercises over the external things of the world, in

2  total exclusion of the right of any other individual in the universe. It consists in the free

3  use, enjoyment, and disposal of all a person's acquisitions, without any control or

4  diminution save only by the laws of the land. 1 Bl.Comm. 138; 2 Bl.Comm. 2, 15

5  4. Plaintiff declares his right to break and control the violence of faction… A

6  republic, by which I mean a government in which the scheme of representation takes

7  place, opens a different prospect, and promises the cure for which we are seeking. The

8  greater number of citizens and extent of territory which may be brought within the

9  compass of republican than of democratic government; and it is this circumstance

10  principally which renders factious combinations less to be dreaded in the former than in

11  the latter. - Federalist No. 10.

12  5. Plaintiff declares his right as a people to secure the blessings of liberty to

13  ourselves and our posterity. - CONSTITUTION OF THE UNITED STATES

14  6. Plaintiff's declares his right to assume among the powers of the earth, the

15  separate and equal station to which the Laws of Nature and of Nature's God entitle

16  them. - Declaration of Independence

17  **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR**

18  **DEFAULT JUDGMENT**

19  _____

20  **PART OF THE REASON FOR THE CONSTITUTION'S ENDURING STRENGTH IS**

21  **THAT IT IS THE COMPLEMENT OF THE DECLARATION OF INDEPENDENCE.**

22  7. The Declaration provided the philosophical basis for a government that

23  exercises legitimate power by "the consent of the governed," and it defined the **conditi**

24  **ons of a free people, whose rights and liberty are derived from their Creator** - *Edwin*

25  *Meese III, who served as the nation's 75th attorney general, joined The Heritage Foundation in 1988 as the think*

26  *tank's Ronald Reagan Distinguished Fellow.*

27  **DECLARATION OF INDEPENDENCE JULY 4, 1776**

28  8. When in the Course of human events, it becomes necessary for one people to

1  **dissolve the political bands** which have connected them with another, and **to assume**

2  **among the powers of the earth**, the separate and equal station to **which the Laws of**

3  **Nature and of Nature's God entitle them**, a decent respect to the opinions of mankind

4  requires that they should declare the causes which impel them to the separation. We

5  hold these truths to be self-evident, that all men are created equal, that they are

6  **endowed by their Creator** with certain unalienable Rights, that among these are Life,

7  Liberty and the pursuit of Happiness; that, to secure these rights, governments are

8  instituted among Men, deriving their just powers from the consent of the governed; that

9  whenever any form of government becomes destructive of these ends, it is **the right of**

10  **the people** to alter or to abolish it, and to institute new government, laying its foundation

11  on such principles, and organizing its powers in such form, as to them shall seem most

12  likely to effect their safety and happiness. Primary Documents in American History; Library of Congress

13      9. Federalist No. 43. "transcendent law of nature and of nature's God, which

14  declares that the safety and happiness of society are the objects at which all political

15  institutions aim, and to which all such institutions must be sacrificed." - Primary Documents in

16  American History - The Federalist Papers: The Library of Congress

17      **LIBRARY OF CONGRESS "THE JAMES MADISON MEMORIAL BUILDING"**

18      10. The Madison Building serves both as the Library's third major structure and as

19  this nation's official memorial to James Madison, the "father" of the U.S. Constitution and

20  the Bill of Rights and the fourth president of the United States.

21              **AMERICA'S FIRST PRINCIPLES**

22      11. The American republic was founded on a set of beliefs that were tested during

23  the Revolutionary War. Among them was the idea that all people are created equal,

24  whether European, Native American, or African American, and that these people have

25  fundamental rights, such as liberty, free speech, freedom of religion, due process of law,

26  and freedom of assembly. America's revolutionaries openly discussed these concepts.

27  Many Americans agreed with them but some found that the ideology was far more

28  acceptable in the abstract than in practice. 52. "Congress have judged it necessary to

1  dissolve the Connection between Great Britain and the American Colonies"...

2  John Hancock to George Washington, July 6, 1776.

3  ***Transcription of the Introduction and the U.S. Constitution from the First Volume***
4  ***of the Annals of Congress***

5       12. On the 17th of September, the Constitution was **presented to the American**

6  **public**. The instrument, with its accompanying resolutions, was, by the unanimous order

7  of the Convention, transmitted to Congress... IN CONVENTION, September 17, 1787...It

8  is obviously impracticable in the Federal Government of these States to secure all rights

9  of **independent sovereignty to each**, and yet provide for the interest and safety of all.

10  Individuals entering into society must give up a share of liberty to preserve the rest. The

11  magnitude of the sacrifice must depend as well on situation and circumstance, as on the

12  object to be obtained. **It is at all times difficult to draw with precision the line**

13  **between those rights which must be surrendered, and those which may be**

14  **preserved**; and, on the present occasion, this difficulty was increased by a difference

15  among the several States as to their situation, extent, habits, and particular interests.....

16  With great respect, we have the honor to be, sir, your excellency's most obedient and

17  humble servants. By the unanimous order of the convention. GEO. WASHINGTON, President,

18       **CONSTITUTION OF THE UNITED STATES, AS ORIGINALLY ADOPTED. \***

19  We, the people of the United States, in order to form a more perfect union, establish

20  justice, ensure domestic tranquility, provide for the common defence, promote the

21  general welfare, and **secure the blessings of liberty to ourselves and our posterity**,

22  do **ordain** and **establish** this constitution for the United States of America.

23  - Transcription of the Introduction and the U.S. Constitution from the First Volume of the Annals of Congress.

24       13. <u>MAKER</u>. One who makes, frames, or **ordains**; **as a "law-maker**." One who

25  makes or executes; as the maker of a promissory note. See Aud v. Magruder, 10 Cal.

26  290; Sawyers v. Campbell, 107 Iowa 397, 78 N.W. 56.

27       14. <u>CANONICAL OBEDIENCE</u>. That duty which a clergyman owes to the bishop

28  who **ordained** him, to the bishop in whose diocese he is beneficed, and also to the

4

1    metropolitan of such bishop. Wharton (source: Black's Law Dictionary).

2           15. <u>ORDAIN</u>. **To institute or establish**; to make an ordinance; to enact a

3    constitution or law. State v. Dallas City, 72 Or. 337, 143 P. 1127, 1131, Ann. Cas.1916B,

4    855. To confer on a person the holy orders of priest or deacon. Kibbe v Antram, 4 Conn. 134.

5           16. <u>ORDINANCE</u>. **A rule established by authority**; a permanent rule of action; a

6    law or statute. In a more limited sense, the term is used to designate the enactments of

7    the legislative body of a municipal corporation. State v. Swindell, 146 Ind. 527, 45 N.E.

8    700, 58 Am.St.Rep. 375; Bills v. Goshen, 117 Ind. 221, 20 N.E. 115, 3 L.R.A. 261.

9           17. <u>ESTABLISH</u>. **To bring into being**; to build; to constitute; **to create**; to erect; to

10   form, to found; to found and regulate, to institute, to locate; to make; to model; to

11   organize; to originate; to prepare; to set up. Georgia Public Service Commission v.

12   Georgia Power Co., 182 Ga. 706, 186 S.E. 839, 844; Muscatine Lighting Co. v. City of

13   Muscatine, 205 Iowa 82, 217 N.W. 468, 470; Ronnow v. City of Las Vegas, 57 Nev. 332,

14   65 P.2d 133, 140.

15          18. *The Constitution of the United States 1787*. The Constitution. In its seven

16   Articles of some 4500 words, the original Constitution is the "supreme Law of the Land,"

17   distributing powers to three branches of government and the states, and denying others.

18   By BEGINNING, "We the People," the Preamble makes the Constitution the creation of

19   the American people, not the States. - *The Heritage Foundation.*

20          19. <u>Today in History</u>. In the next several years, as Madison became a leader in

21   Congress, the nation's two-party political system emerged. Madison and others split with

22   earlier allies such as Hamilton and Jay over a variety of issues, including the formation of

23   a national bank, funding the war debt, and the **proper role of an elite class in the**

24   **nation's political leadership**. Such differences led to the coalescence of the

25   Republican (sometimes known as the Democratic-Republican) party headed by

26   Jefferson and the Federalist party led by Hamilton. - *Today in History: The Library of Congress.*

27          20. <u>Federalist No. 2</u>. *Concerning Dangers from Foreign Force and Influence Author:*

28   *John Jay*: ….With equal pleasure I have as often taken notice that **Providence** has been

5

1  pleased to give this one connected country to one united people--**a people** descended

2  from the **same ancestors**, **speaking the same language**, **professing the same**

3  **religion**, **attached to the same principles of government**, very similar in their

4  manners and customs, and who, by their joint counsels, arms, and efforts, fighting side

5  by side throughout a long and bloody war, have nobly established general liberty and

6  independence. This country and this people seem to have been made for each other,

7  and it appears as if it was the **design of Providence, that an inheritance so proper**

8  **and convenient for a band of brethren**, united to each other by the strongest ties,

9  should never be split into a number of unsocial, jealous, and alien sovereignties. -Primary

10  Documents in American History - The Federalist Papers: The Library of Congress.

11        21. Federalist No. 10. *The Same Subject Continued: The Union as a Safeguard*

12  *Against Domestic Faction and Insurrection: Author: James Madison:* Friday, November

13  23, 1787…..AMONG the numerous advantages promised by a well-constructed Union,

14  none deserves to be more accurately developed than its tendency to **break and control**

15  **the violence of faction**…The instability, injustice, and confusion introduced into the

16  public councils, have, in truth, been the mortal diseases under which popular

17  governments have everywhere perished; as they continue to be the favorite and fruitful

18  topics from which the **adversaries to liberty** derive their most specious declamations.

19  -Primary Documents in American History - The Federalist Papers: The Library of Congress.

20        22. Federalist No. 39 - *The Conformity of the Plan to Republican Principles:*

21  *Author: James Madison*:…..The first question that offers itself is, whether the general

22  form and aspect of the government be strictly republican. It is evident that no other form

23  would be reconcilable with the genius of the people of America; with the **fundamental**

24  **principles of the Revolution**; or with that honorable determination which animates

25  every votary of freedom, to rest all our political experiments on the capacity of mankind

26  for self-government. If the plan of the convention, therefore, be found to depart from the

27  republican character, its advocates must abandon it as no longer defensible. - Primary

28  Documents in American History - The Federalist Papers: The Library of Congress.

6

1    23. <u>Federalist No. 41</u>. *General View of the Powers Conferred by the Constitution:*

2    *Author: James Madison.......*The objects of the Union among the States, as described in

3    article third, are **"their common defense, security of their liberties, and mutual and**

4    **general welfare***."* - Primary Documents in American History - The Federalist Papers: The Library of

5    Congress.

6    24. <u>Federalist No. 42</u>. *The Powers Conferred by the Constitution Further*

7    *Considered: Author: James Madison......* **But the authority extends no further than to**

8    **a GUARANTY of a republican form of government, which supposes a pre-existing**

9    **government of the *form which is to be guaranteed*.** - Primary Documents in American History

10    - The Federalist Papers: The Library of Congress.

11    25. <u>Federalist No. 43</u>. *The Same Subject Continued: The Powers Conferred by the*

12    *Constitution Further Considered: Author: James Madison......* Among the lesser

13    criticisms which have been exercised on the Constitution, it has been remarked that the

14    validity of engagements ought to have been asserted in favor of the United States, as

15    well as against them; and in the spirit which usually characterizes little critics, **the**

16    **omission has been transformed and magnified into a plot against the national**

17    **rights. The authors of this discovery may be told**, *what few others need to*

18    *be informed of,* **that as engagements are in their nature reciprocal, an**

19    **assertion of their validity on one side, necessarily involves a validity on**

20    **the other side; and that as** *the article is merely declaratory*, **the establishment**

21    **of the principle in one case is sufficient for every case.** They may be further

22    told, that every constitution must limit its precautions to dangers that are not altogether

23    imaginary; and that no real danger can exist that the government would DARE, with, or

24    even without, this constitutional declaration before it, to remit the debts justly due to the

25    public, on the pretext here condemned........ What relation is to subsist between the nine

26    or more States ratifying the Constitution, and the remaining few who do not become

27    parties to it? The first question is answered at once by recurring to the absolute

28    necessity of the case; to the great principle of self-preservation; to the ***transcendent law***

7

*of nature and of nature's God, which declares that the safety and happiness of society are the objects at which all political institutions aim, and to which all such institutions must be sacrificed.* - Primary Documents in American History - The Federalist Papers: The Library of Congress.

26. **House of Representatives, First Congress, 1st Session - OF DEBATES IN CONGRESS: Amendments to the Constitution - June 8, 1789 by James Madison.**
The amendments which have occurred to me, proper to be recommended by Congress to the State Legislatures, are these:

1) First, that there be prefixed to the constitution a declaration, that **all power** is originally rested in, and consequently **derived from, the people**.

2) That Government is instituted and ought to be **exercised for the benefit of the people**; which consists in the enjoyment of life and liberty, with the right of acquiring and using property, and generally of pursuing and obtaining happiness and safety.

3) That the **people have an indubitable, unalienable, and indefeasible right** to reform or change their Government, whenever it be found adverse or inadequate to the purposes of its institution.

"that **those rights of the people**, which had been established by the most solemn act, could not be annihilated by a subsequent act of that people, who meant, and declared at the head of the instrument, **that they ordained and established a new system, for the express purpose of securing to themselves and posterity the liberties they had gained by an arduous conflict."** - The Annals of Congress, The Library of Congress.

27. Bill of Rights: The lack of a bill of rights like that found in most state constitutions and in, for example, the Virginia Declaration of Rights became a rallying cry for the Anti-Federalists during the ratification debate. The advocates of the Constitution (led by Madison) agreed to add one in the first session of Congress. Ratified on December 15, 1791, the first ten amendments—the Bill of Rights—include sweeping restrictions on the federal government and its ability to limit certain fundamental rights

8

and procedural matters. The Ninth and 10th Amendments briefly encapsulate the twofold theory of the Constitution: **the purpose of the Constitution is to PROTECT rights which stem not from the government but from the people themselves**, and the powers of the national government are limited to only those delegated to it by the Constitution on behalf of the people. - *The Heritage Foundation*

28. S. Doc. 112-9 - Ninth Amendment - Unenumerated Rights. - The enumeration in the Constitution, of certain rights, **shall not be construed to deny or disparage others retained by the people**. RIGHTS RETAINED BY THE PEOPLE. - *GPO.gov*

29. Ninth Amendment dwell on the "rights retained by the people" language. The key words, however, are **"shall not be construed."** Following the urgings of the Virginia ratifying convention, Madison's draft of what would become the Ninth Amendment read: "The exceptions, here or elsewhere in the constitution, made in favor of particular rights, shall not be construed as to diminish the just importance of other rights retained by the people, or as to enlarge the powers delegated by the constitution; but either as actual limitations of such powers, or as inserted merely for greater caution." 73. The Select Committee distilled Madison's language to the text that was sent to the states for ratification**: "The enumeration in this constitution of certain rights shall not be construed to deny or disparage others retained by the people."** - *Thomas B. McAffee, William S. Boyd Professor of Law, University of Nevada, Las Vegas, William S. Boyd School of Law.*

30. **"Property"** James Madison National Gazette March 27, 1792.

Then-Congressman James Madison's newspaper essay on property emphasizes that word's wide-ranging meaning, which covers not just land and buildings but opinions, conscience, and rights. "In a word, as a man is said to have a right to his property, he may be equally said to have a property in his rights."........ "Government is instituted to protect property of every sort; as well that which lies in the various rights of individuals, as that which the term particularly expresses. This being the end of government, that alone is a just government, which impartially secures to every man, whatever is his own." .........**Thus, any attack on property rights also assails what Madison called "the**

9

1   **most sacred of all property"**—conscience—and the property right in "the safety and

2   liberty of [one's] person." This term in its particular APPLICATION means "**that**

3   **dominion which ONE man claims and exercises over the external things of the**

4   **world, in exclusion of every other individual."** …..."That is not a just government, nor

5   is property secure under it, where the property which a man has in his personal safety

6   and personal liberty, **is violated by arbitrary seizures of one class of citizens for the**

7   **service of the rest.** A magistrate issuing his warrants to a press gang, would be in his

8   proper functions in Turkey or Indostan, under appellations proverbial of the most

9   compleat despotism."……."If there be a government then which prides itself in

10   maintaining the inviolability of property; which provides that none shall be taken directly

11   even for public use without indemnification to the owner, and yet directly violates the

12   property which individuals have in their opinions, their religion, their persons, and their

13   faculties; nay more, which indirectly violates their property, in their actual possessions, in

14   the labor that acquires their daily subsistence, and in the hallowed remnant of time which

15   ought to relieve their fatigues and soothe their cares, the influence will have been

16   anticipated, that such a government is not a pattern for the United States. If the United

17   States mean to obtain or deserve the full praise due to wise and just governments, they

18   will equally respect the rights of property, and the property in rights: they will rival the

19   government that most sacredly guards the former; and by repelling its example in

20   violating the latter, will make themselves a pattern to that and all other governments." -

21   National Historical Publications and Records Commission - National Archives

22                    **THE INDEPENDENCE AVENUE ENTRANCE**

23          31. KNOWLEDGE WILL FOREVER GOVERN IGNORANCE: AND A PEOPLE

24   WHO MEAN TO BE THEIR OWN GOVERNOURS, MUST ARM THEMSELVES WITH

25   THE POWER WHICH KNOWLEDGE GIVES- Madison to W.T. Barry, August 4, 1822

26          32. Conduct of Court Proceedings.* Proceedings in court should be so conducted

27   as to reflect the importance and seriousness of the inquiry to ascertain the truth. The

28   oath should be administered to witnesses in a manner calculated to impress them with

                                        10

1   the importance and solemnity of their promise to adhere to the truth. Each witness

2   should be sworn separately and impressively at the bar or the court, and the clerk should

3   be required to make a formal record of the administration of the oath, including the name

4   of the witness. (CANONS OF JUDICIAL ETHICS *).

5   33. Unprofessional Conduct of Attorneys and Counsel. A judge should utilize his

6   opportunities to criticise and correct unprofessional conduct of attor, neys and

7   counsellors, brought to his attention; and, if adverse comment is not a sufficient

8   corrective, should send the matter at once to the proper investigating and disciplinary

9   authorities. (CANONS OF JUDICIAL ETHICS *).

10   34. EC 7-26. The law and Disciplinary Rules prohibit the use of fraudulent, false, or

11   perjured testimony or evidence. 43 A lawyer who knowingly 44 participates in

12   introduction of such testimony or evidence is subject to discipline. A lawyer should,

13   however, present any admissible evidence his client desires to have presented unless

14   he knows, or from facts within his knowledge should know, that such testimony or

15   evidence is false, fraudulent, or perjured.45. (CODE OF PROFESSIONAL RESPONSIBILITY).

16   35. LITIGATE. To dispute or contend in form of law; to carry on a suit. To bring into

17   or engage in litigation, the act of carrying on a suit in a law court, a judicial contest;

18   hence, any controversy that must be decided upon evidence. In re Loudenslager's

19   Estate, N.J.Prerog., 13 N.J.Eq. 418, 167 A. 194, 195.

20   36. Criminal intent - The intent to commit a crime; malice, as evidenced by a

21   criminal act; an intent to deprive or defraud the true owner of his property. People v.

22   Borden's Condensed Milk Co., 165 App.Div. 711, 151 N.Y.S. 547, 549; State v. Howard,

23   162 La. 719, 111 So. 72, 76.

24   37. COLOR OF LAW. The appearance or semblance, without the substance, of

25   legal right. State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148. A claim or assumption of

26   right to do an act by virtue of an office, made by a person who is legally destitute of any

27   such right. Feller v. Gates, 40 Or. 543, 67 P. 416, 56 L.R.A. 630, 91 Am.St.Rep. 492;

28   Citizens' Bank of Colquitt v. American Surety Co. of New York, 174 Ga. 852, 164 S.E.

11

1 | 817; Pontiac Trust Co. v. Newell, 266 Mich. 490, 254 N.W. 178, 181.

2 | 38. <u>WANTON MISCONDUCT</u>. Act or failure to act, when there is a duty to act, in

3 | reckless disregard of rights of another, coupled with a consciousness that injury is a

4 | probable consequence of act or omission. Swain v. American Mut. Liability Ins. Co.,

5 | C.C.A.La., 134 F.2d 886, 887. A conduct manifesting disposition to perversity. Universal

6 | Concrete Pipe Co. v. Bassett, 130 Ohio St..567, 200 N.E. 843, 846, 119 A.L.R. 646.

7 | 39. <u>MALICE</u>. The intentional doing of a wrongful act without just cause or excuse,

8 | with an intent to inflict an injury or under circumstances that the law will imply an evil

9 | intent. Luikart v. Miller, Mo., 48 S.W.2d 867, 871. Cottle v. Johnson, 179 N.C. 426, 102

10 | S.E. 769, 770. A conscious violation of the law (or the prompting of the mind to commit

11 | it) which operates to the prejudice of another person. Seaboard Air Line Ry. Co. v.

12 | Glenn, 213 Ala. 284, 104 So. 548, 549. A condition of the mind showing a heart

13 | regardless of social duty and fatally bent on mischief. Cockrell v. State, 135 Tex.Cr.R.

14 | 218, 117 S.W. 2d 1105, 1109, 1110.

15 | 40. <u>MALICIOUS INJURY</u>. An injury committed against a person at the prompting of

16 | malice or hatred towards him, or done spitefully or wantonly. State v. Huegin, 110 Wis.

17 | 189, 85 N.W. 1046, 62 L.R.A. 700; Wing v. Wing, 66 Me. 62, 22 Am. Rep. 548. The

18 | willful doing of an act with knowledge it is liable to injure another and regardless of

19 | consequences. In re Kalk, D.C.N.Y., 270 F. 627, 629. Injury involving element of fraud,

20 | violence, wantonness and willfulness, or criminality. Braxton v. Matthews, 199 N.C. 484,

21 | 154 S.E. 735. An injury that is intentional, wrongful and without just cause or excuse,

22 | even in the absence of hatred, spite or ill will. Panchula v. Kaya, 59 Ohio App. 556, 18

23 | N.E.2d 1003, 1005.

24 | 41. <u>TURPITUDE</u>. In its ordinary sense, inherent baseness or vileness of principle

25 | or action; shameful wickedness; depravity. In its legal sense, everything done contrary to

26 | justice, honesty, modesty, or good morals. State v. Anderson, 117 Kan. 117, 230 P. 315,

27 | 317; Hughes v. State Board of Medical Examiners, 162 Ga. 246, 134 S.E. 42, 46.

28 | 42. <u>CHEAT</u>, v. The words "cheat and defraud" usually mean to induce a person to

12

1  part with the possession of property by reason of intentionally false representations

2  relied and acted upon by such person to his harm. Antonio Pepe Co. v. Apuzzo, 98

3  Conn. 807, 120 A. 681, 682; They include not only the crime of false pretenses, but also

4  all civil frauds. Hinshaw v. State, 188 Ind. 147, 122 N.E. 418, 419. They include all tricks,

5  devices, artifices, or deceptions used to deprive another of property or other right. State

6  v. Parker, 114 Conn. 354, 158 A. 797, 800.

7      43. CHEAT, n. Swindling; defrauding. "Deceitful practices in defrauding or

8  endeavoring to defraud another of his known right, by some willful device, contrary to the

9  plain rules of common honesty." Hawk.P.C. b. 2, c. 23, § 1.

10      44. REBEL. A citizen or subject who unjustly and unlawfully takes up arms against

11  the constituted authorities of the nation, to deprive them of the supreme power, either by

12  resisting their lawful and constitutional orders in some particular matter or to impose on

13  them conditions. Vattel, Droit des Gens, liv. 3, § 328. In another sense, it signifies a

14  refusal to obey a superior or the commands of a court.

15      45. PEONAGE. A condition of enforced servitude, by which the servitor is

16  restrained of his liberty and compelled to labor in liquidation of some debt or obligation,

17  real or pretended, against his will. Peonage Cases, D.C. Ala., 123 F. 671; In re Lewis,

18  C.C. Fla., 114 F. 963; Pierce v. U. S., C.C.A. Ga., 146 F.2d 84, 86. A charge or burden

19  resting upon one estate for the benefit or advantage of another.

20      46. CORPORATION. An artificial person or legal entity created by or under the

21  authority of the laws of a state or nation. (source: Black's Law Dictionary). Example:

22  LOANCARE, LLC, an artificial person or legal entity created by or under the authority of

23  the laws of a state or nation, but who in reality does not exist, or who is ignorant of the

24  suit and of the use of his name in it......a FICTITIOUS person, and FICTIO CEDIT

25  VERITATI. Fiction yields to truth. Where there is truth, fiction of law exists not 11 Co. 51.

26      47. "Competency" and "Capacity." Both parties to a contract must have contractual

27  capacity in order for the agreement to be legally binding.  Contractual capacity means

28  that the parties are able to understand that a contract is being formed, and that they

13

1   understand the basic nature of the contract……that parties do not lack the mental

2   capacity to form a contract.

3   • The test is capacity to understand and appreciate the nature of the particular

4   act and to exercise intelligence in its performance.

5   48. General disability is when it incapacitates the person for the performance of all

6   legal acts of a general class, or giving to them their ordinary legal effect. State ex rel.

7   Sathre v. Moodie, 258 N.W. 558, 567, 65 N.D. 340.

8   49. Disability is also personal where it attaches to the particular person, and arises

9   out of his status, his previous act, or his natural or juridical incapacity; State ex rel. Olson

10  v. Langer, 65 N.D. 68, 256 N.W. 377;

11  50. In Law - Proof is the perfection of evidence. Although there may be evidence,

12  but, standing alone, will be very far from proof of it.

13  51. CONSTITUTION. In American law. The written instrument agreed upon by the

14  people of the Union or of a particular state, as the absolute rule of action and decision

15  for all departments and officers of the government in respect to all the points covered by

16  it, which must control until it shall be changed by the authority which established it, **and**

17  **in opposition to which any act or ordinance of any such department or officer is**

18  **null and void.** Cooley, Const. Lim. 3. (Black's Law Dictionary)

19  52. CONSTITUTIONAL LIBERTY OR FREEDOM. Such freedom as is enjoyed by

20  the citizens of a country or state under the protection of its constitution; the aggregate of

21  those personal, civil, and political rights of the individual which are guaranteed by the

22  constitution and secured against invasion by the government or any of its agencies.

23  People v. Hurlbut, 24 Mich. 106, 9 Am.Rep. 103.

24  53. ORGANIC LAW. The fundamental law, or constitution, of a state or nation,

25  written or unwritten; that law or system of laws or principles which defines and

26  establishes the organization of its government. St. Louis v. Dorr, 145 Mo. 466, 46 S.W.

27  976, 42 L.R.A. 686, 68 Am.St.Rep. 575.

28  54. FUNDAMENTAL RIGHTS. Those which have their origin in the express terms

14

1  of the Constitution or which are necessarily to be implied from those terms. (source: Black's

2  Law Dictionary).

3       55. <u>PRIVATE</u>. Affecting or belonging to private individuals, as distinct from the

4  public generally. Not official; not clothed with office. People v. Powell, 280 Mich. 699,

5  274 N.W. 372, 373, 111 A.L. R. 721.

6       56. <u>Private property</u>. As protected from being taken for public uses, is such

7  property as belongs absolutely to an individual, and of which he has the exclusive right

8  of disposition; property of a specific, fixed and tangible nature, capable of being had in

9  possession and transmitted to another, such as houses, lands, and chattels. Homochitto

10  River Com'rs v. Withers, 29 Miss. 21, 64 Am.Dec. 126; Scranton v. Wheeler, 21 S.Ct.

11  48, 179 U.S. 141, 45 L.Ed. 126.

12       57. <u>OATH</u>. The essential idea of an oath would seem to be, however, that of a

13  recognition of God's authority by the party taking it, and an undertaking to accomplish

14  the transaction to which it refers as required by his laws. (source: Black's Law Dictionary).

15       58. <u>TENDER</u>. The offer of performance, not performance itself, and, when

16  unjustifiably refused, places other party in default and permits party making tender to

17  exercise remedies for breach of contract. Walker v. Houston, 215 Cal. 742, 12 P.2d 952,

18  953, 87 A.L.R. 937.

19       59. <u>RIGHTS OF THINGS</u>. Such as a man may acquire over external objects, or

20  things unconnected with his person. 1 Bl. Comm. 122.

21       60. <u>PROPERTY</u>. That which is peculiar or proper to any person; that which belongs

22  exclusively to one; in the strict legal sense, an aggregate of rights which are guaranteed

23  and protected by the government. Fulton Light, Heat & Power Co. v. State, 65 Misc.Rep.

24  263, 121 N.Y.S. 536. The term is said to extend to every species of valuable right and

25  interest. McAlister v. Pritchard, 230 S.W. 66, 67, 287 Mo. 494. More specifically,

26  ownership; the unrestricted and exclusive right to a thing; the right to dispose of a thing

27  in every legal way, to possess it, to use it, and to exclude every one else from interfering

28  with it. Mackeld. Rom. Law, § 265. That dominion or indefinite right of use or disposition

1   which one may lawfully exercise over particular things or subjects. Transcontinental Oil

2   Co. v. Emmerson, 298 Ill. 394, 131 N.E. 645, 647, 16 A.L.R. 507. The exclusive right of

3   possessing, enjoying, and disposing of a thing. Barnes v. Jones, 139 Miss. 675, 103 So.

4   773, 775, 43 A.L.R. 673; Tatum Bros. Real Estate & Investment Co. v. Watson, 92 Fla.

5   278, 109 So. 623, 626. The highest right a man can have to anything; being used for that

6   right which one has to lands or tenements, goods or chattels, which no way depends on

7   another man's courtesy. Jackson ex dem. Pearson v. Housel, 17 Johns. 281, 283. The

8   right of property is that sole and despotic dominion which one man claims and exercises

9   over the external things of the world, in total exclusion of the right of any other individual

10  in the universe. It consists in the free use, enjoyment, and disposal of all a person's

11  acquisitions, without any control or diminution save only by the laws of the land. 1

12  Bl.Comm. 138; 2 Bl.Comm. 2, 15; Great Northern Ry. Co. v. Washington Elec. Co., 197

13  Wash. 627, 86 P.2d 208, 217. The word is also commonly used to denote everything

14  which is the subject of ownership, corporeal or incorporeal, tangible or intangible, visible

15  or invisible, real or personal; everything that has an exchangeable value or which goes

16  to make up wealth or estate. It extends to every species of valuable right and interest,

17  and includes real and personal property, easements, franchises, and incorporeal

18  hereditaments. Samet v. Farmers' & Merchants' Nat. Bank of Baltimore, C.C.A.Md., 247

19  F. 669, 671; Globe Indemnity Co. v. Bruce, C.C.A. Okl., 81 F.2d 143, 150.

20      61. Absolute property. In respect to chattels personal property is said to be

21  "absolute" where a man has, solely and exclusively, the right and also the possession of

22  movable chattels. 2 Bl.Comm. 389. In the law of wills, a bequest or devise "to be the

23  absolute property" of the beneficiary may pass a title in fee simple. Fackler v. Berry, 93

24  Va. 565, 25 S.E. 887, 57 Am.St.Rep. 819. Or it may mean that the property is to be held

25  free from any limitation or condition or free from any control or disposition on the part of

26  others. Wilson v. White, 133 Ind. 614, 33 N.E. 361, 19 L. R.A. 581.

27      62. Common assurances. The several modes or instruments of conveyance

28  established or authorized by the law of England. Called "common" because thereby

16

1  every man's estate is assured to him. 2 Bl.Comm. 294. The legal evidences of the

2  translation of property, whereby every person's estate is assured to him, and all

3  controversies, doubts, and difficulties are either prevented or removed. Wharton.

4        63. <u>INDEFEASIBLE</u>. That which cannot be defeated, revoked, or made void. This

5  term is usually applied to an estate or right which cannot be defeated. (source: Black's Law

6  Dictionary)

7        64. <u>POWER</u>. **Inherent powers**. Those which are enjoyed by the **possessors of**

8  **natural right**, without having been received from another. Such are the powers **of a**

9  **people** to establish a form of government, of a father to control his children. Some of

10  these are regulated and restricted in their exercise by law, but are not technically

11  considered in the law as powers. (source: Black's Law Dictionary)

12        65. <u>PROBATIO VIVA</u>. Living proof; that is, proof by the mouth of living witnesses

13  (source: Black's Law Dictionary).

14        66. <u>PROBATIO MORTUA</u>. Dead proof; that is proof by inanimate objects, such as

15  deeds or other written evidence (source: Black's Law Dictionary).

16        67. <u>Exemplary damages</u>. are damages on an increased scale, awarded to the

17  plaintiff over and above what will barely compensate him for his property loss, where the

18  wrong done to him was aggravated by circumstances of violence, oppression, malice,

19  fraud, or wanton and wicked conduct on the part of the defendant, and are intended to

20  solace the plaintiff for mental anguish, laceration of his feelings, shame, degradation, or

21  other aggravations of the original wrong, or else to punish the defendant for his evil

22  behavior or to make an example of him, for which reason they are also called "punitive"

23  or "punitory" damages or "vindictive" damages, and (vulgarly) "smart-money." Springer

24  v. Fuel Co., 196 Pa.St. 156, 46 A. 370; Scott v. Donald, 165 .U.S. 58, 17 S.Ct. 265, 41

25  L.Ed. 632

26                                         **THE SOVEREIGNTY OF GOD**

27        68. <u>Genesis 1:26-27King James Version</u>. "And God said, Let us make man in our

28  image, after our likeness: and let them have dominion over the fish of the sea, and over

17

1  the fowl of the air, and over the cattle, and over all the earth, and over every creeping

2  thing that creepeth upon the earth. So God created man in his own image, in the image

3  of God created he him; male and female created he them."

4      69. Exodus 4:12 King James Version. "Now therefore go, and I will be with thy

5  mouth, and teach thee what thou shalt say."

6      70. Romans 9:20-21 King James Version. "Nay but, O man, who art thou that

7  repliest against God? Shall the thing formed say to him that formed it, Why hast thou

8  made me thus? Hath not the potter power over the clay, of the same lump to make one

9  vessel unto honour, and another unto dishonour?

10                    **PARABLES OF THE MASTER AND THE SERVANT**

11      71. Luke 17:7-8 King James Version. "But which of you, having a servant plowing

12          or feeding cattle, will say unto him by and by, when he is come from the field, Go

13  and sit down to meat? And will not rather say unto him, Make ready wherewith I may

14  sup, and gird thyself, and serve me, till I have eaten and drunken; and afterward thou

15  shalt eat and drink?"

16      72. Luke 17:9-10 King James Version. "Doth he thank that servant because he did

17  the things that were commanded him? I trow not. So likewise ye, when ye shall have

18  done all those things which are commanded you, say, We are unprofitable servants: we

19  have done that which was our duty to do."

20                    **ALLEGIANCE IS WITH THE LORD GOD**

21      73. Psalm 1:2 King James Version. "But his delight is in the law of the Lord; and in

22  his law doth he MEDITATE day and night."

23      74. 1 Peter 2:9King James Version. "But ye are a chosen generation, a royal

24  priesthood, an holy nation, a peculiar people; that ye should shew forth the praises of

25  him who hath called you out of darkness into his marvellous light;"

26      75. 1 Chronicles 29:10-13 King James Version. "Wherefore David blessed the Lord

27  before all the congregation: and David said, Blessed be thou, Lord God of Israel our

28  father, for ever and ever. Thine, O Lord is the greatness, and the power, and the glory,

18

1    and the victory, and the majesty: for all that is in the heaven and in the earth is thine;

2    thine is the kingdom, O Lord, and thou art exalted as head above all. Both riches and

3    honour come of thee, and thou reignest over all; and in thine hand is power and might;

4    and in thine hand it is to make great, and to give strength unto all. Now therefore, our

5    God, we thank thee, and praise thy glorious name."

6

7         December 15, 2015

8

9

10                                                      _____ seal

11                                         eli: [House of Aguilera], Plaintiff Pro Se

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          19