eli: [House of Aguilera]
In care of 672 Ware Court
on Benicia, on California
707-419-9421
Plaintiff Pro Se



**FILED**

DEC 22 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eli: [House of Aguilera]<br><br>Plaintiff,<br><br>vs.<br><br>Kim Bigham<br>c/o LOANCARE, LLC, KIM BIGHAM<br><br>Defendant. | Case No: **2:15-CV-01781-KJM-EFB**<br><br>*Judge Kimberly J. Mueller*<br><br>**PLAINTIFF REQUEST FOR RESTRAINING ORDER AGAINST LOANCARE, LLC**<br><br>Hearing Date: January 20, 2016<br><br>Hearing Time: 10:00 a.m.<br><br>Place: Courtroom 8, 13th floor |

**To Kimberly J. Mueller, UNITED STATES DISTRICT COURT JUDGE**

**REQUEST FOR RESTRAINING ORDER AGAINST LOANCARE, LLC**

eli: [House of Aguilera], plaintiff in this case is requesting a restraining order against LOANCARE, LLC. Restraining order is essential to prevent Defendant from obstructing or hindering the Plaintiff's rights. An employee from Defendant's entity LOANCARE, LLC, on December 15, 2015, mailed an overnight letter, received by Plaintiff on December 16, 2015, demanding payment or liquidation of pretended debt or obligation by December 28, 2015, wrongly charging and putting a burden upon Plaintiff's estate, against the Plaintiff's will, OR threatening foreclosure of our home and the taking

of Plaintiff's home and estate property by force against the Plaintiff's will.

It is obvious by this act that $10,000,000 ten million dollars was not enough of a penalty to deter defendant from causing additional aggravation by circumstances of violence, oppression, malice, fraud, or wanton and wicked conduct on the part of the defendant. Plaintiff seeks an additional $25,000,000 twenty-five million dollars in exemplary damages on top of the $10,000,000 ten million dollars asked for in previous Affidavit for this act, for a total of $35,000,000 of exemplary damages.

Restraining order is essential to prevent Defendant from obstructing or hindering the Plaintiff's rights, and for the protection and safety of Plaintiff's family, until the Motion for Default Judgement process commences and finishes or until a final judgement is rendered for this case.

This request is based on the attached EXHIBIT11 - AFFIDAVIT OF PLAINTIFF: CLAIM AND REQUEST FOR RESTRAINING ORDER AGAINST LOANCARE, LLC and EXHIBIT 10 – Copy of the front of UPS NEXT DAY AIR envelope from JOANNA NASH LOANCARE (1 page) & UPS TRACKING DETAIL (1 page) & LOANCARE letter Re: Loan number 5275615 demanding payment or liquidation of pretended debt or obligation otherwise foreclosure (5 pages).

DATED: December 22, 2015



eli: [House of Aguilera], Plaintiff Pro Se