eli: [House of Aguilera], Plaintiff Pro Se
In care of 672 Ware Court
on Benicia, on California
707-419-9421

**FILED**
**DEC 22 2015**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eli: [House of Aguilera]<br><br>Plaintiff,<br><br>vs.<br><br>Kim Bigham<br>c/o LOANCARE, LLC, KIM BIGHAM<br><br>Defendant. | Case No: **2:15-CV-01781-KJM-EFB**<br><br>*Judge Kimberly J. Mueller*<br><br>**EXHIBIT 11 - AFFIDAVIT OF PLAINTIFF: CLAIM AND REQUEST FOR RESTRAINING ORDER AGAINST LOANCARE, LLC**<br><br>**& EXHIBIT 10 ATTACHED**<br><br>**COURT RECORD** |

**To Kimberly J. Mueller, UNITED STATES DISTRICT COURT JUDGE**

## AFFIDAVIT OF PLAINTIFF

I, eli: [House of Aguilera] in support of a request for a restraining order against LOANCARE, LLC, declare as follows to the best of my information and belief:

1) I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2) A <u>TENDER</u> was made to Defendant Kim Bigham, a private individual, also operating in the public capacity as KIM BIGHAM Senior Vice President and Loan Administration Servicing Manager with LOANCARE, LLC, entitled to enforce the offer of performance, and was unjustifiably refused by defendant, placing LOANCARE, LLC in default.

3) Defendant breached the <u>TENDER</u>. The offer of performance, not performance itself, and was unjustifiably refused, placing LOANCARE, LLC in default and

1

EXHIBIT 11 - AFFIDAVIT OF PLAINTIFF: CLAIM AND REQUEST FOR RESTRAINING ORDER AGAINST LOANCARE, LLC & EXHIBIT 10 ATTACHED

permits Plaintiff making tender to exercise remedies for breach of contract.

4) Defendant dishonored all offers by the Plaintiff therefore the obligation was extinguished resulting from the Dishonor of the Defendant; Silence by Defendant was Acquiescence, Agreement, and Dishonor; Estoppel conditions applied upon default. DEFENDANT's failure to perform under the terms and conditions set forth in claim, has created a permanent and irrevocable estoppel by acquiescence, forevermore barring DEFENDANT from bringing any and all claims, legal actions, orders, demands, lawsuits, costs, levies, penalties, damages, interests, liens and expenses whatsoever, against ELI AGUILERA.

5) DEFENDANT was Noticed Default was with the confession of judgment to the following:

   a. The balance due on alleged Account Number 0005275615 is Zero and 00/100 dollars ($0.00); and

   b. Any and all rights, titles and interests in and on any and all collateral in the association with or the security for the above-referenced alleged Account Number 0005275615 is irrevocably conveyed to Plaintiff along with the authority for the acquisition, procurement, and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles and interests in and on any and all collateral in the association with or the security for the same; and

   c. DEFENDANT's waiver of any and all claims, rights, immunities and defenses;

   d. DEFENDANT's confession of judgment was with the stipulation DEFENDANT is with the grant of a specific power-of-attorney for the acquisition, procurement and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles, and interests in or pertaining to any and all

2

collateral associated with or secured by the above-referenced alleged Account Number 0005275615 to the Plaintiff.

6) Defendant Kim Bigham, KIM BIGHAM Senior Vice President and Loan Administration Servicing Manager with LOANCARE, LLC, entrusted with corporate powers and the transaction of the business for which it exists, was properly noticed and knows or is charged with knowledge of the Default against her, and against KIM BIGHAM Senior Vice President and Loan Administration Servicing Manager with LOANCARE, LLC regarding account number: 0005275615, and was also properly noticed of Default which was filed in court and served to all interested parties on December 10, 2015. Plaintiff also filed and served a Motion of Default Judgement against defendant on December 15, 2015.

7) Defendant continues to act with a reckless or indifferent disregard of the rights of Plaintiff, via overnight mail, received by Plaintiff on December 16, 2015, an act by committing or entrusting an employee JOANNA NASH from LOANCARE, LLC with supervisory power or authority to demand payment or liquidation of a pretended debt or obligation by December 28, 2015, OR otherwise threatening to commit a crime of foreclosing our home under false pretenses, without any substance, acting with appearance or semblance of legal right, with an intent to deprive or defraud the true owner the Plaintiff of his property, a depraved act to plunder the Plaintiff and his family out of their estate property, done contrary to justice, honesty, modesty, or good morals, and with a reckless or indifferent disregard of the rights of Plaintiff, under circumstances reasonably calculated to produce injury.

8) Exhibits filed in court and served to defendant.

   a. Exhibit 1 - Letter from the LOANCARE dated July 9, 2015, stating it will not release lien.

   b. Exhibit 2 - Letter from the LOANCARE dated August 7, 2015, threatening Plaintiff with default and foreclosure.

3

c. Exhibit 3 - Claim: Notice of claimant's offer to perform upon Debt Validation and Debt Collector Disclosure Statement. *Filed in court October 13, 2015 and served to all interested parties on October 19, 2015.*

d. Exhibit 4 - Notice; Claim: Dishonor - Notice of Fault in Dishonor. *Filed in court October 13, 2015 and served to all interested parties on October 19, 2015.*

e. Exhibit 5 -. Notice; Claim: Default - Notice of Default in Dishonor. *Filed in court October 13, 2015 and served to all interested parties on October 19, 2015.*

f. Exhibit 6 - WANTON MISCONDUCT BY DEFENDANT DURING LITIGATION, a copy of email from customersupport@myloancare.com, disbursement for Homeowner insurance, dated October 22, 2015.

g. Exhibit 7 – Proof of Service.

h. Exhibit 8 - Second wrongful act by Defendant against Plaintiff during litigation. WANTON MISCONDUCT BY DEFENDANT DURING LITIGATION a copy of email from customersupport@myloancare.com, disbursement for County Taxes, dated November 24, 2015.

i. Exhibit 9 - Fees for service of summons.

j. Exhibit 10 – Copy of the front of UPS NEXT DAY AIR envelope from JOANNA NASH LOANCARE (1 page) & UPS TRACKING DETAIL (1 page) & LOANCARE letter Re: Loan number 5275615 demanding payment or liquidation of pretended debt or obligation otherwise threaten foreclosure (5 pages). Mailed December 15, 2015. Attached

k. EXHIBIT 11 - AFFIDAVIT OF PLAINTIFF: CLAIM AND REQUEST FOR RESTRAINING ORDER AGAINST LOANCARE, LLC.

9) Restraining order is essential to prevent Defendant from obstructing or hindering the Plaintiff's rights, and for the protection and safety of Plaintiff's family until the Motion for Default Judgement process commences and finishes or until a final judgement is rendered for this case.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 22, 2015



eli: [House of Aguilera], Plaintiff Pro Se

4

# EXHIBIT 10

**Extremely Urgent**

This envelope is for use with the following services:
- UPS Next Day Air®
- UPS Worldwide Express®
- UPS 2nd Day Air®

```
JOANNA NASH                      0.0 LBS    LTR         1 OF 1
7579558758
LOANCARE
3637 SENTARA WAY
VIRGINIA BEACH VA 23452

SHIP TO:
   ELI AGUILERA
   MICHELLE AGUILERA
   672 WARE COURT
   BENICIA CA 94510-3745
```




CA 945 2-02

**UPS NEXT DAY AIR**   1
TRACKING #: 1Z F15 06F 01 9682 4570

BILLING: P/P

Cost Center Code: 22002
Reference # 2: 22002/420

CS 17.6.06.   WNINV50 69.0A 10/2015

22002



MICHELLE AGUILERA
672 WARE CT
BENICIA CA 94510-3745

P:GREEN   S: 900
904-1026
1Z F15 06F 01 9682 4570

**Window**
Use this envelope with shipping documents printed from
of inkjet printer on plain paper.

https://www.campusship.ups.com/cship/create?ActionOriginPair=default__PrintWindo...   12/15/2015

Serving you for more than 100 years
United Parcel Service.





United States | New User | Log-In | Contact UPS | The UPS Store | Search

My UPS | Shipping | **Tracking** | Freight | Locations | Support | UPS Solutions

1 ALERT | Severe weather is impacting service in areas of Nebraska and South Dakota... Read More

**Save up to 18% on UPS shipping for your business.**
Sign up and start saving in your first week of shipping.

[Sign Up Now]

Tracking Number [Track] | Log-In for additional tracking DETAILS. | Other Tracking Options ▼

## Tracking Detail

Like 1.5m | Share | Print | Help | A A A

### 1ZF1506F0196824570

Updated: 12/16/2015 6:37 P.M. Eastern Time

**Delivered**

**Delivered On:**
Wednesday, 12/16/2015 at 9:57 A.M.

**Left At:**
Met Customer Man

Proof of Delivery

Notify me with Updates »

What time will your package be delivered to your home?
Get FREE estimated
**DELIVERY WINDOWS**
on most UPS packages.

**Continue**

I am already a UPS My Choice® Member

**Need more information?**

[Get Help]

**Shipping Information**

**To:**
BENICIA, CA, US

**Shipped By**

**UPS Next Day Air®**

Shipment Progress — What's This?

Pickup packages for FREE at The UPS Store and UPS Access Point locations.

Sign up for UPS My Choice »

### Additional Information

**Shipped/Billed On:** 12/15/2015
**Type:** Package

---

Subscribe to UPS E-mail: [Enter e-mail address] [Sign Up »] View Examples

**Contact UPS**
Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS®

**Support**
Get Started
Register
Open a Shipping Account
Change Your Delivery

**Solutions for:**
Healthcare
Small Business
High Tech
More...

**Other UPS Sites:**
Select a website ▼

Follow us:


Home | About UPS | Site Guide | Investors | Careers | Pressroom | UPS Global | UPS Mobile | UPS Blog

Service Terms and Conditions | Website Terms of Use | Privacy Notice | Your California Privacy Rights | Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.


## LoanCare

ELI AGUILERA  
MICHELLE AGUILERA  
672 WARE COURT  
BENICIA CA 94510

December 14, 2015

Re: Loan Number    5275615



AVOID  
FORECLOSURE  
Call us now.  
1-800-909-9525

Dear:   ELI AGUILERA  
        MICHELLE AGUILERA

### Avoid Foreclosure-Act Now

Your mortgage is seriously delinquent. We've tried to contact you to discuss the foreclosure prevention options available to you, but your time to act is running out. To avoid foreclosure, you must contact us.

### Option 1: Stay in Your Home

Based on our estimate of your home's value, you're approved for a Trial Period Plan to modify your mortgage payment (see attached). During this Trial Period Plan, you will be required to make three monthly payments in the amount of           $2,219.95    each.*

Please call us at 800-909-9525 by           December 28, 2015       to confirm your participation and for directions on how to mail your first Trial Period Plan payment. If you follow the terms of the enclosed Trial Period Plan, your loan will be permanently modified. To stay in your home and avoid foreclosure, you must contact us right away or send us your Trial Period Plan payment.

*Once you start your Trial Period Plan, we may be able to offer you a mortgage modification under the Federal Home Affordable Modification Program (HAMP) with a lower monthly payment. To see if you qualify, you must submit a complete Borrower Response Package no later than,

February 1, 2016        . If you have already submitted your Borrower Response Package, we'll evaluate you for a foreclosure prevention option, including the HAMP modification. In the meantime, you are encouraged to participate in this Trial Period Plan for a mortgage modification.

### Option 2: Leave Your Home and Avoid Foreclosure

If you are unable or unwilling to pay the monthly payment listed above, you have two options to avoid foreclosure - a short sale or a Mortgage Release™. You can still avoid the financial and emotional impacts of foreclosure, but you must contact us now.

### Contact Us

We want to help you. Call us today if you would like to discuss any of these options. If you do not respond by      December 28, 2015      , foreclosure actions on your home will continue.

Sincerely,  
Customer Support  
LoanCare

**Remember, you must respond by**           December 28, 2015  
† Provisioned for ability to record, where applicable.

**STREAMLINED MODIFICATION TRIAL PERIOD PLAN NOTICE**

Based on a careful review of your Mortgage account, we are offering you an opportunity to enter into a Trial Period Plan for a mortgage modification. This is the first step toward qualifying for more affordable mortgage payments or more manageable terms. It is important that you read this information in its entirety so that you completely understand the actions you need to take to successfully complete the Trial Period Plan to permanently modify your mortgage.

**Proposed Modification Terms**

If you successfully complete the Trial Period Plan by making the required payments, you will receive a modification with an interest rate of 5.250%, which will be fixed for 40 years from the date the modification is effective. [If we determine that the unpaid balance of your Mortgage is more than 115% of the value of your home, you will be eligible to have up to 30% of your principal balance deferred, and the deferred amount will not be subject to any interest rate charges. Moreover, the deferred principal amount will not be due and payable until the earlier of (i) the end of the 40-year term of the modified mortgage, (ii) any sale or transfer of your interest in the property, or (iii) a refinance of your mortgage loan.]

**Step 1: To Stop the Foreclosure Process (Suspension of Foreclosure)**

In order for us to delay referring your mortgage to foreclosure, or suspend foreclosure proceedings if your loan.

- You must contact us at 800-909-9525 or in writing at the address provided below no later than December 28, 2015 to indicate your intent to accept this offer.

- You may also make your first trial period payment by December 28, 2015, which is earlier than the scheduled due date described below and we will stop the foreclosure process.

However, if you do not respond by December 28, 2015, we will continue with the foreclosure process, and a foreclosure sale may occur.

This offer will be revoked if a foreclosure sale occurs, even if the sale occurs prior to the first trial period payment due date set forth below.

**Step 2: To Accept This Offer**

You must make your first trial period payment by the first payment due date designated below. If you fail to make the first trial period payment by the first payment due date and we do not receive the payment by the last day of the month in which it is due, this offer will be revoked and foreclosure proceedings may continue and a foreclosure sale may occur.

**TIME IS OF THE ESSENCE.**

**Step 3: Make Trial Period Payments**

To successfully complete the trial period plan, you must make the trial period plan payments below.

| | | | |
|---|---|---|---|
| First payment: | $2,219.95 | by | 1/1/2016 |
| Second payment: | $2,219.95 | by | 2/1/2016 |
| Third payment: | $2,219.95 | by | 3/1/2016 |

Please send your trial period payments to:

**LoanCare**
**ATTN: Loss Mitigation Department**
**P.O. Box 8068**
**Virginia Beach, VA 23450**

If you have questions about your trial period or permanent modification requirements, please contact us at 800-909-9525.

**Next Steps**

- It is important that you thoroughly review the Frequently Asked Questions and Additional Trial Period Plan Information and Legal Notices information attached.

- Once you have successfully made each of the payments above by their due dates, you have submitted the required signed copies of your modification agreement, and we have signed the modification agreement, your mortgage will be permanently modified in accordance with the terms of your

modification agreement.

- We must receive each payment in the month in which it is due. If you miss a payment or do not fulfill any other terms of your trial period, this offer will end and your mortgage loan will not be modified.

- If you have not been evaluated for eligibility for a modification under the federal Home Affordable Modification Program (HAMP) and you return a complete Borrower Response Package that we previously sent to you no later than February 1, 2016, we may be able to offer you a HAMP modification with a lower monthly principal and interest payment than what we estimate you would receive for the proposed modification described above.

- If you have questions about this information, your trial period payments, or our mortgage modification requirements, please contact us at 800-909-9525.

- If you feel that you cannot afford the trial period payments shown above but want to remain in your home, or if you have decided to leave your home, please contact us at 800-909-9525 to discuss alternatives to foreclosure.

- Please note that except for your monthly mortgage payment amount during the trial period, the terms of your existing note and all mortgage requirements remain in effect and unchanged during the trial period.

**FREQUENTLY ASKED QUESTIONS** — Get the answers you need to some of the most common questions.

**Q. What else should I know about this offer?**

- If you have taken Step 1 above, and you make your new trial period payments timely **we will not conduct a foreclosure sale.**
- You will not be charged any fees for this Trial Period Plan or a permanent modification.
- If your loan is modified, we will waive all unpaid late charges.
- **Credit Reporting:** We will continue to report the delinquency status of your loan to credit reporting agencies as well as your entry into a Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements. Credit scoring companies generally consider the entry into a plan with reduced payments as an increased credit risk. As a result, entering into a trial period plan may adversely affect your credit score, particularly if you have a good credit score. For more information about your credit score, go to ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

**Q. Why is there a trial period?**

The trial period offers you immediate payment relief and gives you time to make sure you can manage the estimated new monthly mortgage payment. The trial period is temporary, and your existing loan and loan requirements remain in effect and unchanged during the trial period.

**Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**

Once you make all of your trial period payments on time and return to us the required copies of a modification agreement with your signature, we will sign one copy and send it back to you so that you will have a fully executed modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan

documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment.

**Q. Are there incentives that I may qualify for if I am current with my new payments?**

Borrower incentive compensation is only available to borrowers who qualified for a permanent modification under HAMP. If you return a complete Borrower Response Package no later than receive for the proposed modificat, and we determine that you are eligible for a HAMP modification with a lower monthly principal and interest payment than we estimate you would receive for the proposed modification described above, then we will offer you the HAMP modification agreement and you will be eligible for the borrower incentive compensation under HAMP.

**Q. Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**

If your loan is permanently modified as described above under the Proposed Modification Terms, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage. However, if you return a complete Borrower Response Package that we previously sent to you no later than          February 1, 2016      , and we are able to offer you a HAMP modification, your interest rate will change after the first five years, as described in the HAMP modification agreement. Regardless of modification program, your new monthly payment will include an escrow for property taxes, hazard and other escrowed and expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

**Additional Trial Period Plan Information and Legal Notices**

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the Trial Period Plan:**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the plan or do not qualify for a permanent modification.
- You agree that we will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that we will not pay you interest on the amounts held in the account. If any money is left in this account at the end of the Trial Period Plan and you qualify for a loan modification, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.
- Our acceptance and posting of your payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

To the extent the Fair Debt Collection Practices Act is applicable, please be advised that this communication is an attempt to a collect debt and any information obtained by virtue of it may be used for that purpose. If you are currently or have within the last nine (9) months been in the military service please notify us immediately. You may be entitled to relief under the Servicemembers Civil Relief Act. You may also call 1-800-342-9647 for further assistance or visit www.militaryonesource.com/SCRA.          When contacting this office as to your military service, you must provide us with positive proof as to your military status. If you do not provide this information, we will assume that you are not entitled to protection under the above mentioned Act. If you are currently involved in a bankruptcy proceeding, please notify us immediately. If you have previously received a discharge in a bankruptcy proceeding, please be advised that this notice is not intended to collect against you personally or indicate that you are personally liable for this debt. It is required so

that we may enforce our lien rights with respect to the above-referenced property.

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

IMPORTANT NOTICE TO MORTGAGORS INVOLVED IN A BANKRUPTCY PROCEEDING:

If you are a debtor involved in a bankruptcy proceeding, this statement has been sent to you merely for informational purposes only and may be disregarded as an attempt to collect the debt (unless your mortgage is subject to an in rem order). If the automatic stay is in effect, we will not act to collect on the debt owed until the stay has been lifted or the case has been closed, dismissed, or discharged. If this statement has reached you after your case has been discharged, please be assured that reached you after your case has been discharged, please be assured that we are not attempting, and will not attempt to collect this debt as a personal obligation, except in those circumstances when we may have the right to do so under applicable bankruptcy law. Otherwise, we will seek recovery of the debt from the property securing this debt.

**NMLS ID #: 2916**
**MLO Unique Identifier:** 334865

North Carolina Loans: If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov . NC PERMIT NO 102991

New York Loans: If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Banking Department at 1-877-BANK-NYS (226-5697) or www.banking.state.ny.us

Texas Loans: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.
A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov